UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) Case No. 8:13-mc- |
| WILLIAM GEARY, | ) ) ) |
| Respondent. | ) ) |

**PETITION TO ENFORCE
INTERNAL REVENUE SERVICE SUMMONS**

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and avers as follows:

1. This is an action for judicial enforcement of an Internal Revenue Service summons pursuant to 26 U.S.C. §§ 7402(b) and 7604(a).

2. The place of business of the summoned party is located in Tampa, Florida, within the jurisdiction of this Court.

3. S. R. Riggs, a Revenue Officer of the Internal Revenue Service, employed in the Office of the Area Director, Small Business/Self-Employed Compliance, is authorized to issue Internal Revenue Service summons pursuant to 26 U.S.C. § 7602 of Title and 26 C.F.R. § 301.7602-1.

4. Revenue Officer Riggs is conducting an investigation for the collection of the individual income tax liability of William Geary for the years 2010 and 2011. (Exhibit 1.)

5. Respondent has in his possession, custody, or control information, books, records, papers, and other data which may be relevant and material to the investigation.

6. To further his investigation of Respondent, and in accordance with 26 U.S.C. § 7602, on May 1, 2013, Revenue Officer Riggs issued Internal Revenue Service summons directing respondent to appear before him, or any other designated agent of the Internal Revenue Service, on May 21, 2013, to give testimony and to produce for examination and copying certain books, records, papers, or other data, as requested in the summons. (Exhibit 2.)

7. On May 2, 2013, in accordance with 26 U.S.C. § 7603, Revenue Officer Riggs served the summons upon the Respondent's last and usual place of abode. (Exhibit 2.)

8. On May 21, 2013, Respondent did not appear at the scheduled time in response to the summons.

9. Respondent's refusal to comply with the summons continues to the date of this Petition.

10. The information, books, papers, records, and other data sought by the summons are not already in the possession of the Internal Revenue Service.

11. All administrative steps required by the Internal Revenue Code for the issuance of a summons have been taken.

12. A Justice Department referral, as defined by 26 U.S.C. § 7602(d)(2), is not in effect with respect to respondent for the years at issue in this enforcement action.

13. It is necessary to obtain the testimony and to examine the books, papers, records, or other data sought by the summons to properly investigate the collection of the federal tax liability for the years 2010 and 2011. (Exhibit 1.)

WHEREFORE the United States respectfully prays that this Court:

a. Enter an Order directing Respondent to show cause, if any, why he should not comply with and obey the summons and each and every requirement thereof;

b. Direct the United States to promptly arrange for service of the Petition, the Exhibits, and the Order to Show Cause upon Respondent, such service to be effected by a duly authorized official of the Internal Revenue Service, by the United States Marshal's Service, or by a private process server, at the option of the United States;

c. If no cause is shown, enter an Order directing Respondent to appear before Revenue Officer Riggs, or any other designated officer of the Internal Revenue Service, at such time and place as may hereafter be fixed by Revenue Officer Riggs, or his designee, to give testimony and produce for examination and copying the books, papers, records, and other data as demanded by the summons;

d.  Award the United States our costs in maintaining this action; and

e.  Grant such other and further relief as is just and proper.

          Respectfully submitted,

          A. LEE BENTLEY, III
          Acting United States Attorney

By: s/John F. Rudy, III
     JOHN F. RUDY, III
     Assistant United States Attorney
     Florida Bar Number 01367001
     400 N. Tampa Street, Suite 3200
     Tampa, Florida 33602
     Telephone: (813) 274-6000
     Facsimile:  (813) 274-6198

Dated: September 30, 2013