UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,    )
                             )
            Petitioner,      )
                             )
      v.                     ) Case No.
                             )
WILLIAM GEARY,               )
                             )
            Respondent.      )

## DECLARATION

S. R. Riggs declares:

1.   I am a duly commissioned Revenue Officer employed in the Office of the Area Director of Internal Revenue Service, Small Business/Self-Employed Compliance Division at Tampa, Florida.

2.   In my capacity as a Revenue Officer, I am conducting an investigation for the determination of the individual Federal income tax liability of William Geary for the years ending December 31, 2010 and December 31, 2011, for which years no individual income tax returns have been filed.

3.   In furtherance of the above investigation and in accordance with section 7602 of Title 26, U.S.C., I issued on May 1, 2013, an Internal Revenue Service summons to William Geary, to give testimony and to produce for examination books,

Exhibit 1

papers, records, or other data as described in said summons. The summons is attached to the petition as Exhibit 2.

4. In accordance with section 7603 of Title 26, U.S.C., on May 2, 2013, I served an attested copy of the Internal Revenue Service summons described in paragraph 3 above on the respondent, William Geary, by leaving it at the last place of abode of respondent, as evidenced in the Certificate of Service of Summons on the reverse side of the summons.

5. On May 21, 2013, the respondent, William Geary, did not appear in response to the summons. The respondent's refusal to comply with the summons continues to the date of this declaration.

6. Although some payor information is already in the possession of the Internal Revenue Service, all of the books, papers, records, or other data sought by the summons is not.

7. All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken.

8. It is necessary to obtain the testimony and to examine the books, papers, records or other data sought by the summons in order to properly investigate the Federal tax liability of William Geary for the years ending December 31, 2010 and December 31, 2011.

9. A Justice Department referral, as defined by Section 7602(d)(2) of the Internal Revenue Code of 1986, is not in effect with respect to William Geary for the years under investigation.

I declare under penalty of perjury and pursuant to 28 U.S.C. Section 1746 that the foregoing is true and correct.

Executed this 25TH day of July, 2013.

_____
S. R. Riggs
Revenue Officer
Internal Revenue Service
3848 West Columbus Drive
Stop 5227/SRR
Tampa, FL  33607-5768
Telephone:  (813)315-2338