# Summons

## Income Tax Return

In the matter of __WILLIAM GEARY,__
Internal Revenue Service *(Identify Division)* __SMALL BUSINESS/SELF EMPLOYED__
Industry/Area *(Identify by number or name)* __SB/SE AREA 3 (23)__
Periods: __Form 1040 for the calendar periods ending December 31, 2010 and December 31, 2011__

**The Commissioner of Internal Revenue**

To: __WILLIAM GEARY__
At: _____

You are hereby summoned and required to appear before __S R RIGGS__, an Internal Revenue Service *(IRS)* officer, to give testimony and to bring for examination the following information related to the tax liability of the person identified above for the periods shown:

All documents and records you possess or control about income you received for the years: __2010 and 2011__

These records and documents include, but are not limited to: Forms W-2 *(Wage and Tax Statement)*, Forms 1099 for interest and dividend income, employee earnings statements, and records of deposit with banks or other financial institutions.

Also include all other books, records, documents and receipts for income from, but not limited to, the following sources: wages, salaries, tips, fees, commissions, interest, rents, royalties, alimony, state or local tax refunds, annuities, life insurance policies, endowment contracts, pensions, estates, trusts, discharge of indebtedness, distributive shares of partnership income, business income, gains from dealings in property, and any other compensation for services *(including receipt of property other than money)*. Include all documents and records about any income you assigned to any other Person or entity.

IRS will use this information to prepare a federal income tax return for the following year(s) when you didn't file a return: __2010 and 2011__

We have attached a blank return to guide you in producing the necessary documents and records.

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:

__3848 WEST COLUMBUS DRIVE, STOP 5227/SRR, TAMPA  FL  33607  (813) 315-2338__

Place and time for appearance: At __3848 WEST COLUMBUS DRIVE, STOP 5227/SRR, TAMPA, FL 33607-5768__

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov

Form 6638 (Rev.10-2010)
Catalog Number 61828W

on the __21st__ day of __May__, __2013__ at __10:00__ o'clock __a__ m.

Issued under authority of the Internal Revenue Code this __1st__ day of __May__, __2013__

__S R RIGGS__ *[signature]*
Signature of issuing officer

__REVENUE OFFICER__
Title

_____
Signature of approving officer *(if applicable)*

_____
Title

Exhibit 2

**Original -- to be kept by IRS**



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

*RECEIVED TECHNICAL SERVICES ADVISOR/REVIEWER UNIT*
*JUN 7 2013*
*401 W. PEACHTREE ST ROOM 900, STOP 333-D ATLANTA, GA 30308*

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| 5/2/2013 | 2:30 PM |

**How Summons Was Served**

☐ I handed an attested copy of the summons to the person to whom it was directed.

☑ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. ~~I left the copy with the following person (if any):~~

| Signature | Title |
|---|---|
| SR Rijea | RO |

I certify that the copy of the summons served contained the required certification.

| Signature | Title |
|---|---|
| SR Rijea | RO |

Catalog No. 61828W

Form **6638** (Rev. 10-2010)